# EXHIBIT E

MAR 2 0 1997

UNITED STATES  PARTMENT OF COMMERCE
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Joseph F. DiPrima
MERCK & CO., INC.
P.O. BOX 2000
RAHWAY, NEW JERSEY 07065-0907

In Re: Patent Term Extension
Application for
U.S. Patent No. 4,797,413

## NOTICE OF FINAL DETERMINATION

A determination has been made that U.S. Patent No. 4,797,413, which claims the human drug product TRUSOPT®, is eligible for patent term extension under 35 U.S.C. § 156. The period of extension has been determined to be 1,233 days.

The period of extension has been calculated using the FDA determination of the length of the regulatory review period published in the Federal Register of May 14, 1996 (61 Fed. Reg. 24317). Under 35 U.S.C. § 156(c):

$$\text{Period of Extension} = \frac{1}{2} \text{ (Testing Phase) + Approval Phase}$$
$$= \frac{1}{2} (1,736) + 365$$
$$= 1,233 \text{ days (3.4 years)}$$

Since the regulatory review period began March 11, 1989, after the patent issue date (January 10, 1989), the entire period has been considered in the above determination. No determination of a lack of due diligence under 35 U.S.C. § 156(c)(1) was made.

Neither the 14 year exception of 35 U.S.C. § 156(c)(3) nor the limitations of 35 U.S.C. § 156(g)(6) operate to reduce the period of extension determined above.

A single request for reconsideration of this final determination as to the length of extension of the term of the patent may be made if filed within one month of the date of this notice. Extensions of time under 37 CFR § 1.136(a) are not applicable to this time period. In the absence of such request for reconsideration, the Commissioner will issue a certificate of extension, under seal, for a period of 1,233 days.

Upon issuance of the certificate of extension, the following information will be published in the Official Gazette:

U.S. Patent No.          :          4,797,413

Granted                  :          January 10, 1989

**Exhibit E**

U.S. Patent No. 4,797,413                                                    Page 2


| | | |
|---|---|---|
| Original Expiration Date | : | December 12, 2004[1] |
| Applicant | : | John J. Baldwin et al. |
| Owner of Record | : | Merck & Co., Inc. |
| Title | : | THIENO THIOPYRAN SULFONAMIDE DERIVATIVES, PHARMACEUTICAL COMPOSITIONS AND USE |
| Classification | : | 514/432 |
| Product Trade Name | : | TRUSOPT® |
| Term Extended | : | 1,233 days |
| Expiration Date of Extension | : | April 28, 2008 |

Any correspondence from applicant with respect to this matter should be addressed as follows:

| | |
|---|---|
| By mail: | Assistant Commissioner for Patents<br>Box Patent Ext.<br>Washington, D.C. 20231 |
| By FAX: | (703) 308-6916<br>Attn: Special Program Law Office |
| By hand: | One Crystal Park, Suite 520<br>2011 Crystal Drive<br>Arlington, VA |

---

[1]    The term of the patent subsequent to the expiration date of U.S. Patent No. 4,677,115 has been disclaimed.  U.S. Patent No. 4,677,115 issued June 30, 1987 from an application that claimed priority under 35 U.S.C. § 120 to an application filed on December 12, 1984. Accordingly, the original expiration date of U.S. Patent No. 4,797,413 is December 12, 2004.

U.S. Patent No. 4,797,413

Telephone inquiries related to this determination should be directed to Karin Tyson at (703) 306-3159.

Hiram H. Bernstein
Senior Legal Advisor
Special Program Law Office
Office of the Deputy Assistant Commissioner
 for Patent Policy and Projects

(703) 305-9285

cc:     Ronald L. Wilson, Director            RE: TRUSOPT®
        Health Assessment Policy Staff         FDA Docket No.: 95E-0408
        Office of Health Affairs (HFY-20)
        Food and Drug Administration
        5600 Fishers Lane, Room 15-22
        Rockville, MD 20857