Melissa L. Klipp, Esq. (MK 7772)
DRINKER, BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100

Of Counsel:
Robert L. Baechtold (RB-6866)
Bruce M. Wexler (BW-8173)
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

RECEIVED

APR 2 5 2006

Attorneys for Plaintiff
Merck & Co., Inc

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MERCK & CO., INC., | ) | DOCUMENT ELECTRONICALLY FILED |
|  | ) |  |
| Plaintiff, | ) | **District Judge Mary L. Cooper** |
|  | ) | **Magistrate Judge John J. Hughes** |
| v. | ) |  |
|  | ) | **Civil Action Nos.** |
|  | ) | **06-266 & 06-268 (MLC)** |
| HI-TECH PHARMACAL CO., INC., | ) | (Consolidated) |
|  | ) |  |
| Defendant. | ) |  |

## ~~[Proposed]~~ ORDER *+ JUDGMENT*

**THIS MATTER** having been opened to the Court by Lerner, David,

Littenberg, Krumholz & Mentlik, LLP and Alfred B. Engelberg, attorneys for defendant

Hi-Tech Pharmacal Co., Inc. ("Hi-Tech"), on its motion to dismiss pursuant to Fed. R.

Civ. P. 12(b)(6) or for entry of final judgment in favor of plaintiff Merck & Co., Inc.

-1-

("Merck"), and by Drinker Biddle & Reath LLP and Fitzpatrick, Cella, Harper & Scinto,

attorneys for plaintiff Merck, on its cross-motion for judgment on the pleadings pursuant

to Fed. R. Civ. P. 12(c), the Court having considered all papers filed in support of and in

opposition to Hi-Tech's motion and Merck's cross-motion, and on all prior proceedings

herein, and for other good cause shown, *(this Court hereby adopting the reasoning of the Court in KING PHARMACEUTICALS, INC. v. TEVA PHARMACEUTICALS, INC., 409 F.Supp.2d 609 (D.N.J 2006), and)*

      IT IS on this 25th day of April 2006;

      *( AND ADJUDGED )*

      ORDERED as follows:

    (1)    Hi-Tech's motion to dismiss is DENIED; *(dkt. entry no. 8)*

    (2)    Merck's cross-motion for judgment on the pleadings is *(dkt. entry no. 7)*

GRANTED;

    (3)    Final judgment ~~shall be entered forthwith~~ *(is hereby granted)* in favor of Merck on the

complaints in each of Civil Action Nos. 06-266 and 06-268 (consolidated), that defendant

Hi-Tech has infringed United States Patent No. 4,797,413 ("the '413 patent") by filing in

the United States Food & Drug Administration Abbreviated New Drug Applications Nos.

77-846 and 77-847 ("ANDA Nos. 77-846 and 77-847");

    (4)    Defendant, its officers, agents, attorneys and employees, and those

acting in privity or concert with them are restrained and enjoined from engaging in the

commercial manufacture, use, offer to sell or sale within the United States, or importation

into the United States, of drug products as claimed in the '413 patent;

    (5)    The effective date of any approval of ANDA Nos. 77-846 and 77-

847 shall be a date that is not earlier than October 28, 2008, which is the expiration date

of the '413 patent including its patent term extension pursuant to 35 U.S.C. § 156 and six

months of pediatric exclusivity pursuant to 21 U.S.C. § 355a.

(6)     Proceedings on Merck's claim for attorneys fees under 35 U.S.C.

§§ 271(e)(4) and 285 are stayed until after the final resolution of any appeal of this Order.

(7) The Clerk shall mark this case CLOSED, subject to reopening for further proceedings as appropriate.

_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

APRIL 25, 2006

NY_Main 561254_1