# United States Court of Appeals for the Federal Circuit

## 2006-1401

MERCK & CO., INC.,

Plaintiff-Appellee,

v.

HI-TECH PHARMACAL CO., INC.,

Defendant-Appellant.

## Judgment

ON APPEAL from the United States District Court for the District of New Jersey

In CASE NO(S).     3:06-CV-00266 and 3:06-CV-00268

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

### **AFFIRMED.**

ENTERED BY ORDER OF THE COURT

DATED MAR 29 2007

Jan Horbaly, Clerk

RECEIVED JUN 15 2007

AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 6/11/07

Issued as Mandate: JUN 1 1 2007
COSTS:
Printing ............... $468.80
Total .................. $468.80

COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2006 - 1401      Caption: Merck & Co., Inc. v. Hi-Tech Pharmacal Co., Inc.

The Clerk is requested to tax the following costs against: Hi-Tech Pharmacal Co., Inc., Defendant-Appellant

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | 6.00 | | |
| Table of Designated Materials (original) | xxxxx | | | 0.08 | | |
| Table of Compilation of Designated Materials (copying and collating) | | | | | | |
| Brief (original) | xxxxx | 60 | See Attached | 6.00 | $360.00 | 360.00 |
| Brief (cover and binding) | 16 | | See Attached | 2.00 | $ 32.00 | 32.00 |
| Brief (copying and collating) | 16 | 60 | See Attached | 0.08 | $ 76.80 | 76.80 |
| Appendix (original - table of contents) | xxxxx | xxxxx | | 6.00 | | |
| Appendix (covers and binding) | | | | 2.00 | | |
| Appendix (copying and collating) | | | | 0.08 | | |
| Reply Brief (original) | xxxxx | | | 6.00 | | |
| Reply Brief (covers and binding) | | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | | | | 0.08 | | |
| Other (describe): Federal Express for service and filing | | | $78.00 | | $ 78.00 | |
| GRAND TOTALS | | | | | $546.80 | 478.80 |

City/County of New York ) SS
                        ) District/State of New York

I, Robert L. Baechtold, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties.
service is attached.

Signature: [signature]                    Date: 4/11/07   Attorney for: Merck & Co., Inc., Plaintiff-Appellee

[Stamps: U.S. COURT OF APPEALS FEDERAL CIRCUIT RECEIVED APR 12 2007; CERTIFIED COPY - I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE - UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT, BY [signature] Date: 6/11/07; JAN HORBALY CLERK]

**COUNSEL PRESS LLC**

PO Box 1053
New York, NY 10018-9998
(212) 685-9800

PLEASE SEND PAYMENT TO
P.O. BOX 1053
NEW YORK, NY 10018-9998

## INVOICE

Fitzpatrick, Cella, Harper
 & Scinto
30 Rockefeller Plaza, 39th Fl
New York, NY  10112-3801
ATTENTION:   Bruce M. Wexler, Esq.

000132

| | |
|---|---|
| INVOICE NO.: | 6081875 |
| INVOICE DATE: | 08/03/2006 |
| FED.TAX I.D.# | 43-2070509 |
| CP FILE NO.: | 202404 |
| TERMS: | Due Upon Receipt |

CASE NAME:   Merck & Co. v. Hi-Tech Pharm.
COURT:          USCOA - FC

**AMOUNT**

For Reproduction of :

Appellee's Brief - (24 copies)

| | | | | |
|---|---|---|---|---|
| | Preparation of Brief | | | $545.00 |
| 4.00 | Additional Copies Over 20 | @ | 15.000 | $60.00 |
| | 1 Filing & 2 Services | | | $110.00 |
| | Federal Express - Service(s) | | | $47.00 |
| | Federal Express - Filing | | | $31.00 |



00001.014,500
BMW

This Invoice is Due Upon Receipt. Please Show
Invoice Number on Check When Making Payment

MCE

| | |
|---|---|
| SUB-TOTAL : $ | 793.00 |
| | 0.00 |
| | 0.00 |
| APPLICABLE SALES TAX: $ | 66.41 |
| INVOICE TOTAL: $ | 859.41 |

NEW YORK, NY - WASHINGTON, DC - LOS ANGELES, CA - RICHMOND, VA - PHILADELPHIA, PA - BOSTON, MA - BUFFALO, NY - ISELIN, NJ

# United States Court of Appeals for the Federal Circuit

2006-1401

MERCK & CO., INC.,

Plaintiff-Appellee,

v.

HI-TECH PHARMACAL CO., INC.,

Defendant-Appellant

Robert L. Baechtold, Fitzpatrick, Cella, Harper & Scinto, of New York, New York, argued for plaintiff-appellee. With him on the brief was Bruce M. Wexler.

William L. Mentlik, Lerner, David, Littenberg, Krumholz & Mentlik, LLP, of Westfield, New Jersey, argued for defendant-appellant. With him on the brief was Roy H. Wepner. Of counsel on the brief was Alfred B. Engelberg, of Palm Beach, Florida.

Appealed from: United States District Court for the District of New Jersey

Judge Mary L. Cooper